# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 30, 2007

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

133675

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

                                 SC: 133675
                                 COA: 271987
THOMAS DUANE BASS,                Saginaw CC: 93-008327-FC
     Defendant-Appellant.

_____/

     On order of the Court, the application for leave to appeal the March 30, 2007 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).



     I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 30, 2007

_____
Clerk

d0723